IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:04-cr-150-T |
| | ) | (WO) |
| TIMOTHY RUSSELL | ) | |

O R D E R

Upon consideration of the Motion to Dismiss Indictment (Doc. No. 56), heretofore filed on July 13, 2004, in the above styled cause, and for good cause shown, SUPERSEDING INDICTMENT FILED ON FEBRUARY 9, 2005, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE, this the 23rd day of May, 2005.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE