IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:04cr150-MHT |
| TIMOTHY RUSSELL | ) | |

<u>ORDER</u>

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 72), to which no objection has been filed, is adopted.

(2) Defendant Timothy Russell's motion for return of property (doc. no. 64) is denied.

DONE, this the 27th day of September, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE